## Smith *v.* J-Jac Construction Corporation, Appellant et al.

Argued November 16, 1973. *Robert C. Little,* with him *Burns, Manley and Little,* for appellant; *H. N. Rosenberg, George Shorall,* and *Ralph Lynch, Jr.,* with them *Rosenberg, Kirshner and Solomon,* for appellee.

Judgment affirmed.

SPAULDING, J., absent.